

**STAMOULIS & WEINBLATT LLC**
*Intellectual Property & Delaware Corporate Law*

Stamatios Stamoulis
stamoulis@swdelaw.com

**VIA E-FILING**
The Honorable Judge Richard G. Andrews
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

      **Re:**    *Guada Technologies. LLC v. Vice Media LLC,*
               **Case No. 1:17-cv-01503-RGA**

Dear Judge Andrews:

After the oral argument to address Defendant Vice Media LLC's Motion to Dismiss and Brief (D.I. 13, 14), the Court of Appeals for the Federal Circuit issued an opinion denying a petition for rehearing and petition for rehearing *en banc* with a concurring opinion by Judge Moore and joined by Judges Dyk, O'Malley, Taranto, and Stoll that supports Guada Technologies arguments.  The opinion, concurring opinions, and dissenting opinion in *Berkheimer v. HP Inc.*, 2018 U.S.App. LEXIS 14388 (Fed.Cir. May 31, 2018), are attached.

Respectfully Submitted,

Stamatios Stamoulis (#4606)
of Stamoulis & Weinblatt LLC

Attachment

  cc:    All counsel of record *via* ECF and e-mail