

Christine D. Haynes
302-651-7508
haynes@rlf.com

June 25, 2018

**VIA E-FILING AND HAND DELIVERY**

The Honorable Richard G. Andrews
United States District Court
Federal Building
844 King Street
Wilmington, Delaware  19801

      Re:  *Guada Technologies LLC v. Vice Media LLC*,
            C.A. No. 17-1503-RGA

Dear Judge Andrews:

      I write in response to Plaintiff's June 15, 2018 letter (D.I. 23) regarding the Federal Circuit's decision in *Berkheimer v. HP Inc*., 890 F.3d 1269 (Fed. Cir. 2018).

      Following the May 31, 2018 denial of rehearing *en banc* in *Berkheimer v. HP Inc.*, on June 20, 2018, the Federal Circuit issued a nonprecedential opinion in *In re Wang* affirming the USPTO's rejection of patent claims as directed to non-statutory subject matter under 35 U.S.C. § 101, stating that "[w]hether an invention recites patent-eligible subject matter under section 101 is a pure question of law that we review de novo."  No. 2017-1827, 2018 WL 3045563, at *2 (Fed. Cir. June 20, 2018) (citing *Genetic Techs. Ltd. v. Merial LLC*, 818 F.3d 1369, 1373 (Fed. Cir. 2016)).  The opinion in *In re Wang* is attached at Exhibit A and demonstrates that the Federal Circuit continues to find patent claims invalid as a matter of law. *See, e.g.*, *SAP Am., Inc. v. InvestPic LLC*, 890 F.3d 1016, 1023 (Fed. Cir. 2018) (holding claims ineligible at Rule 12(c) stage); *Voter Verified, Inc. v. Election Sys. & Software LLC*, 887 F.3d 1376, 1385-86 (Fed. Cir. 2018) (same at Rule 12(b)(6) stage); *Maxon, LLC v. Funai Corp., Inc.*, ___ F. App'x ___, 2018 WL 1719101, at *2 (Fed. Cir. Apr. 9, 2018) (same); *Intellectual Ventures I LLC v. Symantec Corp.*, ___ F. App'x ___, 2018 WL 1324863, at *1 (Fed. Cir. Mar. 15, 2018) (same at summary judgment); *Automated Tracking Sols., LLC v. The Coca-Cola Co.*, 723 F. App'x 989, 995-96 (Fed. Cir. 2018) (same at Rule 12(c) stage).

      As in *Genetic Techs. Ltd. v. Merial LLC*, where the Federal Circuit affirmed the District Court of Delaware's dismissal under Rule 12(b)(6), and numerous other similar affirmances, for purposes of the present motion before the Court, there is no claim construction dispute relevant to the eligibility issue.

The Honorable Richard G. Andrews
June 25, 2018
Page 2

                                            Respectfully,

                                            */s/ Christine D. Haynes*

                                            Christine D. Haynes (#4697)

CDH/kdm
Enclosures
cc:     Counsel of Record (via CM/ECF)

RLF1 19549389v.1